1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  2350 West Shaw Avenue, Suite 132
   Fresno, California 93711
3  (559) 432-0986 Telephone
   (559) 432-4871 Facsimile
4

5

6  Attorney for Defendant, EARL EDWARD RIEDEL

7

8  **UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA**
9

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA,   ) | **Case No. 1:08-cr-0384 OWW** |
| 11 | Plaintiff,   ) | **STIPULATION AND [PROPOSED] ORDER TO PLACE CHANGE OF PLEA HEARING ON CALENDAR** |
| 12 | v.   ) | |
| 13 | EARL EDWARD RIEDEL,   ) | Date : **December 21, 2009** |
| 14 | Defendant.   ) | Time : 9:00 a.m.<br>Dept : Hon. Oliver W. Wanger |
| 15 | _____   ) | |

16      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17  counsel, that a Change of Plea Hearing be placed on calendar for Monday, December 21, 2009, at 9:00

18  a. m.

19  Dated: December 17, 2009          /s/ Dale A. Blickenstaff
                                       DALE A. BLICKENSTAFF
20                                     Attorney for Defendant, EARL EDWARD RIEDEL

21

22  Dated: December 17, 2009          /s/ *David Gappa*
                                       DAVID GAPPA
23                                     Assistant United States Attorney

24

25

26

27

28

**STIPULATION AND ORDER TO PLACE CHANGE OF PLEA HEARING ON CALENDAR**
**Case No. 1:04-CR-05213 AWI**                                                            Page 1

## **ORDER**

IT IS SO ORDERED that the Change of Plea Hearing be placed on calendar for Monday, December 21, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   December 17, 2009**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE