BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
MATTHEW D. SEGAL
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

| UNITED STATES OF AMERICA, | ) | 01: 08-CR-00384 OWW |
|---|---|---|
| Plaintiff, | ) | ORDER ON STIPULATION REGARDING RESTITUTION OWED BY DEFENDANT EARL RIEDEL |
| v. | ) | |
| EARL RIEDEL, | ) | |
| Defendant. | ) | |

**ORDER**

The court has reviewed and considered the agreement of the parties regarding restitution.  Defendant Riedel is ordered to pay restitution in the amount of $11,566.66 as directed by the United States Probation Office.

IT IS SO ORDERED.

**Dated:   October 8, 2010**             /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE