Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Earl Edward RIEDEL |
| **Docket Number:** | 1:08CR00384-05 |
| **Offender Address:** | Arroyo Grande, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 03/01/2010 |
| **Original Offense:** | 17 USC 506 and 8 USC 2319(b)(3) -<br>Copyright Infringement (CLASS A MISDEMEANOR) |
| **Original Sentence:** | 48 months probation; $25 special assessment; $11,566.66 restitution. |
| **Special Conditions:** | Submit to search; Not dissipate assets; Financial disclosure; Financial restrictions; Drug/alcohol treatment and testing; Abstain from alcohol; Complete 500 hours community service; 180 days home confinement; Aftercare co-payment; No on-line computer access; and Computer inspection. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 03/01/2010 |
| **Assistant U.S. Attorney:** | David Gappa    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Dale Blickenstaff (Appointed)    **Telephone:** (559) 432-0986 |

VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

RE:     Earl Edward RIEDEL
        Docket Number:  1:08CR00384-05
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

**10/08/2010:**         Court orders defendant to pay restitution in the amount of $11,566.66.

**01/11/2011:**         Judgment amended - restitution added.

**10/05/2011:**         Case reassigned to the Honorable Lawrence J. O'Neill.

---

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

13.  The defendant shall abstain from using alcohol during the period of supervision and shall submit to breathalyzer testing, not to exceed four (4) tests per month, to determine if the defendant has consumed alcohol.

14.  The Court authorizes the Probation Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendant's treatment for narcotic addiction or drug dependency. Further disclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

**Justification:** Mr. Riedel began his four-year term of supervised probation on March 1, 2010. The offender completed his Court-imposed 180-day home confinement on September 17, 2010, 500 hours of community service on April 28, 2011, and paid the $100 special assessment on March 1, 2010. Mr. Riedel continues to submit monthly restitution payments of $25.00 toward his Court-imposed restitution order of $11,566.66; outstanding balance $10,941.66.

During October 2012, Mr. Riedel - without the prior authorization of the probation officer - terminated his employment at the Turlock Gospel Mission, located in Turlock, California, and

RE:   **Earl Edward RIEDEL**
      **Docket Number:  1:08CR00384-05**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

relocated to his present address located in Arroyo Grande, California, to reside with his then fiancee (now wife).

Based upon his prior positive adjustment on supervision, in lieu of the initiation of revocation proceedings, a transfer of supervision request was submitted to the United States Probation Office located in the Central District of California on November 30, 2012. Supervision of Mr. Riedel's case was ultimately accepted by their office on January 25, 2013. Mr. Riedel subsequently agreed to the modification of his terms and conditions of supervision on February 6, 2013, to include the above-noted special conditions of supervision intended to conform with the necessary language specifically required within the Central District of California. It is respectfully requested the offender's conditions of supervision be modified to include the above-noted special conditions.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**
Telephone: (209) 574-9429

DATED:    February 22, 2013
          Modesto, California
          PRH/lr

**REVIEWED BY:**    /s/ Jack C. Roberson
                   **Jack C. Roberson**
                   **Supervising United States Probation Officer**

RE:     **Earl Edward RIEDEL**
        **Docket Number:  1:08CR00384-05**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( x )   Modification approved as recommended.

RE: Earl Edward RIEDEL
Docket Number: 1:08CR00384-05
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

cc: United States Probation
David Gappa, Assistant United States Attorney
Dale Blickenstaff, Defense Counsel (Appointed)
Defendant
Court File

IT IS SO ORDERED.

Dated:   **February 22, 2013**          **/s/  Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE